**No. 09-10534. In re Elizabeth Campbell, Petitioner.**

562 U.S. 826, 131 S. Ct. 87, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7799.

October 4, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 09-10925. In re Vernon D. Carroll, Sr., Petitioner.**

562 U.S. 826, 131 S. Ct. 120, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7850.

October 4, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 10-59. In re Leo Henry Albertson, Jr., Petitioner.**

562 U.S. 826, 131 S. Ct. 263, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7670.

October 4, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 10-5312. In re Lester J. Ruston, Petitioner.**

562 U.S. 826, 131 S. Ct. 275, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7795.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 10-5154. In re Warren Arsad, Petitioner.**

562 U.S. 826, 131 S. Ct. 251, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7746.

October 4, 2010. Petition for writ of prohibition denied.

**No. 09-8755. Dennis Hood, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 956, 131 S. Ct. 395, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7629.

October 4, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1028, 130 S. Ct. 3500, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5488.

**No. 09-10594. Freddie A. Land, Petitioner v. Florida.**

562 U.S. 956, 131 S. Ct. 395, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7497.

October 4, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1032, 130 S. Ct. 3518, 177 L. Ed. 2d 1102, 2010 U.S. LEXIS 5328.

**No. 09-10909. Jerry Hines, Petitioner v. Butch Jackson, Superintendent, Nash Correctional Institution.**

562 U.S. 956, 131 S. Ct. 396, 178 L. Ed. 2d 261, 2010 U.S. LEXIS 7617.

October 4, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1033, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5431.